AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **Delaware**

Arsalan Faghri, et al.

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Secretary of DHS, et al

CASE NUMBER: 06-777

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director of USCIS
Office of the General Counsel
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cynthia Carroll
Attorney at Law
260 Chapman Road, Suite 201D
Newark, Delaware 19702

Ann Massey Badmus
Badmus Immigration Law Firm, PC
12700 Park Central Drive, Suite 1910
Dallas, Texas 75251

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    DEC 20 2006

CLERK                                              DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/8/07 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED EMILIO T. GONZALEZ, DIRECTOR OF USCIS BY SERVING THE US ATTORNEYS OFFICE, NEMOURS BUILDING, SUITE 700, WILMINGTON, DE 19801 AT 4:43PM PERSON ACCEPTING SERVICE: CAROLYN ROBERTSON

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/8/07
      Date

Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.