IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARSALAN FAGHRI,
FERESHTEH AMINI and
ROUDABEH FAGHRI,

    Plaintiffs,

v.

SECRETARY MICHAEL CHERTOFF, et al.,

    Defendants.

Civil Action No. 06-777-***

## ORDER

UPON CONSIDERATION of the United States' Unopposed Motion for Extension of Time, the grounds stated therefor, the plaintiffs' lack of opposition thereto, and the entire record herein, it is this ___10___ day of ___April___, 2007, hereby

ORDERED that the United States' motion should be and it is hereby granted; and it is,

FURTHER ORDERED that the United States' Answer to plaintiffs' Complaint shall be filed on or before Friday, April 13, 2007.

_____
                    J.