IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARSALAN FAGHRI,<br>FERESHTEH AMIM ,<br>and ROUDABEH FAGHRI,<br><br>   Plaintiffs,<br> v.<br><br>SECRETARY MICHAEL CHERTOFF, et al.,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-777-***<br>:<br>:<br>: |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

  COMES NOW the plaintiffs, Arsalan Faghri, et. al, by and through their attorneys, Ann Massey Badmus and Cynthia L. Carroll, and respectfully moves this Honorable Court *for* an extension of time in the above case, until Friday, May 11, 2007, for plaintiffs to file their response to the defendants' Motion to Dismiss. In support thereof, the plaintiffs allege that:

  1. On or about April 13, 2007, defendants filed their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Motion") seeking to dismiss plaintiffs' Complaint. Plaintiffs received service of the Motion on April 16, 2007.

  2. The plaintiffs' response to the Motion is due on April 27, 2007.

  3. The undersigned counsel contacted the defendants' counsel, Ellen Sleights, regarding this motion seeking enlargement of time in which to respond to the Motion. Ms. Sleights indicated that defendants have no objection to enlargement of time and the defendants' do no opposed the plaintiffs' motion.

  Wherefore, the plaintiffs request that they be allowed until Friday, May 11, 2007, to file its response to the defendants' Motion to Dismiss.

2007 APR 26 PM 1:32

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

*[signature]*

Ann Massey Badmus
Attorney at Law
Badmus Immigration Law Firm, P.C.
Bar I.D. 2717
12700 Park Central Drive Suite 1910
Dallas, Texas 75251
469-916-7900

Dated: April 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARSALAN FAGHRI, <br> FERESHTEH AMIM, <br> and ROUDABEH FAGHRI, <br><br> Plaintiffs, <br> v. <br><br> SECRETARY MICHAEL CHERTOFF, et al., <br><br> Defendants. | Civil Action No. 06-777-*** |

### ORDER

UPON CONSIDERATION of the plaintiffs' Motion for Extension of Time, the grounds stated therefore, and the entire record herein, it is this ___ day of _____, 2007, hereby

ORDERED that the plaintiffs' motion should and it is hereby granted; and it is,

FURTHER ORDERED that the plaintiffs' brief in response to the defendants' Motion to Dismiss shall be filed on or before May 11, 2007.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ARSALAN FAGHRI, :
FERESHTEH AMIM, :
and ROUDABEH FAGHRI, :
  :
        Plaintiffs, :
v. :   Civil Action No. 06-777-***
  :
SECRETARY MICHAEL CHERTOFF, et al., :
  
        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME was served by certified mail, postage prepaid and hand delivery as follows:

    The Honorable Colm F. Connolly
    United States Attorney's Office
    District of Delaware
    P.O. Box 2046
    Wilmington, Delaware 19899

_____
Ann Massey Badmus
Attorney at Law
Badmus Immigration Law Firm, P.C.
Bar I.D. 2717
12700 Park Central Drive Suite 1910
Dallas, Texas 75251
469-916-7900