

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6431*

May 24, 2007

**HAND DELIVERY**

Honorable Mary Pat Thynge  
Magistrate Judge  
United States District Court  
6100 Boggs Federal Building  
844 King Street  
Wilmington, DE 19801

      RE:   <u>Faghri, et al. v. Chertoff, et al.</u>  
            Civil Action No. 06-777

Dear Magistrate Judge Thynge:

      Please be advised that the United States does not intend to file a reply to the Plaintiffs' May 11, 2007, answering brief unless otherwise directed by the Court. As always, I remain available to answer any questions that the Court may have.

            Respectfully,

            COLM F. CONNOLLY  
            United States Attorney

BY:   _____  
            Ellen W. Slights  
            Assistant United States Attorney

EWS:kbg

cc:   Clerk, U.S. District Court